UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TRAVIS HUMPHREY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JEFF HOWELL, )<br>)<br>Respondent. ) | No. 4:22-cv-00010-TWP-DML |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT**

Petitioner Travis Humphrey's petition for a writ of habeas corpus challenges his pretrial detention at Crawford County Jail in English, Indiana, in case number 13C01-2107-F6-000067. Dkt. 1. The Court takes judicial notice of the online docket in that case which reflects that Mr. Humphrey pled guilty on December 21, 2021, and was sentenced on December 27, 2021.[1]

A pre-trial detainee's petition for a writ of habeas corpus pursuant to Section 2241 becomes moot when he becomes a convicted offender. *Jackson v. Clements*, 796 F.3d 841, 842-43 (7th Cir. 2015) (per curiam) (collecting cases). The case becomes moot because there is no longer a case or controversy for the Court to consider which deprives the Court of subject matter jurisdiction. *Id.* at 843 (citing *Fed'n of Adver. Indus. Representatives, Inc. v. City of Chicago*, 326 F.3d 924, 929 (7th Cir. 2003)). Therefore, Mr. Humphrey's petition is **dismissed** for lack of jurisdiction.

Final Judgment consistent with this Order shall now issue.

**IT IS SO ORDERED.**

Date: 2/2/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

---

[1] The docket is available online at https://public.courts.in.gov/mycase/#/vw/Search (last visited February 2, 2022). Mr. Humphrey's petition also refers to case number 13C01-2101-F6-000012. The online docket reflects that he pleaded guilty and was sentenced in that case on December 21, 2021.

Distribution:

TRAVIS HUMPHREY
5834
CRAWFORD COUNTY JAIL
P.O. Box 220
English, IN 47118