UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TRAVIS HUMPHREY, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) No. 4:22-cv-00010-TWP-DML |
| JEFF HOWELL, | ) ) ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The petition for writ of habeas corpus is dismissed for lack of jurisdiction.

Date: 2/2/2022

Roger A. G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

TRAVIS HUMPHREY
5834
CRAWFORD COUNTY JAIL
P.O. Box 220
English, IN 47118